**Andria STEWARD, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 84282.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 19, 2004.

Lisa M. Stroup, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. & Lisa M. Kennedy, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and JAMES A. PUDLOWSKI, Sr. J.

## ORDER

PER CURIAM.

Movant, Andria Steward, appeals from the denial of his Rule 29.15 motion, without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed.